IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MELISSA BILLY                                                                                                   PLAINTIFF

vs.                                        Civil No. 4:11-cv-04037

MICHAEL J. ASTRUE                                                                                       DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 20th day of July 2012, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

   **IT IS SO ORDERED.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE